===================================================================

# *UNITED STATES DISTRICT COURT*
## --------------- DISTRICT OF MARYLAND ---------------

### APPEARANCE


UNITED STATES OF AMERICA

v.                                          CASE NUMBER:   SAG-26-0167

DERRICK STEWART


To the Clerk of this Court and all parties of record:

     Please enter my appearance as counsel in this case for Derrick Stewart.


Date:   May 15, 2026


        _____/s/_____
ANDREW R. SZEKELY, #16407
Assistant Federal Public Defender
Tower II - 9TH Floor
100 South Charles Street
Baltimore, Maryland  21201
(410)  962-3962 (t)
(410)  962-3976 (f)
Email: andrew_szekely@fd.org