AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
### for the
### District of Maryland

United States of America

v.

**DERRICK STEWART**

_Defendant_

)
)
)
)
)

Case No.  1:26-cr-00167-SAG

✓ FILED ___ ENTERED
___ LOGGED _____ RECEIVED

**3:22 pm, May 18 2026**

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ R.C. _____ Deputy

## WAIVER OF AN INDICTMENT

    I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

    After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 5/18/26

_Defendant's signature_

_Signature of defendant's attorney_

Andrew Szekely, Assistant Federal Public Defender
_Printed name of defendant's attorney_

_Judge's signature_

Stephanie A. Gallagher, U.S. District Judge
_Judge's printed name and title_