### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**           )           **Case No. SAG-26-167**
                                       )
**vs.**                                )           ✓ ___ FILED   ___ ENTERED
                                       )           ___ LOGGED   ___ RECEIVED
                                       )
**DERRICK STEWART**                    )           3:24 pm, May 18 2026
                                                   AT  BALTIMORE
                                                   CLERK, U.S. DISTRICT COURT
                                                   DISTRICT OF MARYLAND
                                                   BY ____ R.C. ____ Deputy

### ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by Andrew Szekely (AFPD), and the Government was represented by Assistant United States Attorney Philip Motsay, it is

**ORDERED**, this 18th day of M a y , 2026 , that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

Stephanie A. Gallagher
United States District Judge

U.S. District Court (4/2000) Criminal Magistrate Forms: Detention by Agreement