========================================================================

# *UNITED STATES DISTRICT COURT*
## --------------- DISTRICT OF MARYLAND ---------------

### APPEARANCE

UNITED STATES OF AMERICA

v.                                                      CASE NUMBER:   SAG-26-0167

DERRICK STEWART

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in these cases for Derrick Stewart.  I certify that I am eligible to practice in this court.

Date: May 26, 2026

_____/s/_____
MARQUISE FINDLEY-SMITH
Assistant Federal Public Defender
Office of the Federal Public Defender
100 South Charles Street
Tower II – 9th Floor
Baltimore, Maryland 21201
Phone: (410) 962-3962
Fax: (410) 962-3976
Email: marquise_findley-smith@fd.org